1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                    AT TACOMA

10   TODD A. ALDEN,

11                  Plaintiff,                CASE NO. 2:21-cv-00356-JRC

12        v.                                  ORDER ON UNOPPOSED
                                              MOTION FOR EQUAL ACCESS
13   COMMISSIONER OF SOCIAL                   TO JUSTICE ACT FEES AND
     SECURITY,                                EXPENSES
14
                    Defendant.
15

16      This matter is before the Court on the parties' consent (Dkt. 3) and on plaintiff's

17   unopposed motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412

18   ("EAJA"). *See* Dkts. 20, 22.

19      Based on the EAJA, that defendant has no opposition, the attorney declaration and time

20   and expense itemizations (Dkt. 20-2), and the relevant record, it is hereby ordered that EAJA

21   attorney's fees of $7,779.39 and expenses in the amount of $6.50, shall be awarded to plaintiff

22   pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586, 588–89 (2010). It is

23
24

further ordered that costs in the amount of $402.00 shall be awarded to plaintiff pursuant to 28 U.S.C. § 1920.

The Commissioner shall contact the Department of Treasury after the Order for EAJA fees is entered to determine if the EAJA fees are subject to any offset. If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Eitan Kassel Yanich, based on plaintiff's assignment of these amounts to plaintiff's attorney. *See* Dkt. 19. If there is an offset, the remainder shall be made payable to plaintiff, based on the practice of the Department of the Treasury. *See*, *e.g.*, Case No. 2:15-cv-122, Dkt. 22, at 4. Any check for EAJA fees shall be mailed to plaintiff's counsel, Eitan Kassel Yanich, at Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501.

Dated this 18th day of March, 2022.

J. Richard Creatura
Chief United States Magistrate Judge